```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION
```

WATKINS MOTOR LINES, INC.,

                    Plaintiff,

vs.                            Case No.  3:06-cv-580-J-33MCR

CRUM & FORSTER INDEMNITY COMPANY and
UNITED STATES FIRE INSURANCE COMPANY,

                    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Response to this Court's Order Regarding Venue (Doc. # 11), which was filed on July 13, 2006.

In an Order issued on July 10, 2006, this Court required Plaintiff to demonstrate that this cause was filed in the proper Division of the Middle District of Florida. (Doc. # 9). The Court questioned Plaintiff's choice of the Jacksonville Division because Plaintiff's complaint was originally styled as a Tampa Division case, and Plaintiff's complaint and amended complaint indicate that Plaintiff's principal place of business is Lakeland, Florida. The complaint does not allege that any party is located in the Jacksonville Division or that any of the actions leading to the filing of the complaint took place in the Jacksonville Division.

In its response to the Court's Order of July 10, 2006, Plaintiff submits that Plaintiff has a sales and operations terminal in Jacksonville, Florida.

This Court is satisfied that the Jacksonville Division is an appropriate forum and declines to transfer the case to the Tampa Division at this juncture.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED**

Plaintiff's Response to this Court's Order Regarding Venue (Doc. # 11) is sufficient to demonstrate that this case is being litigated in the appropriate Division.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 20th day of July, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record

-2-